1  SEKI, NISHIMURA & WATASE, LLP
2  GILBERT M. NISHIMURA (SBN 57905)
   gnishimura@snw-law.com
3  KARI C. KADOMATSU (SBN 270036)
4  kkadomatsu@snw-law.com
   605 W. Olympic Boulevard, Suite 900
5  Los Angeles, California 90015
   Telephone:  (213) 481-2869
6  Facsimile:   (213) 481-2871
7
8  Attorneys for Defendant DEBBIE GALLEGO

9              **UNITED STATES DISTRICT COURT**
10
11             **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| ELIZABETH CHAVIRA, on behalf of herself and her two minor daughters, C.R. and M.R., as their guardian ad litem, | Case No.: SACV13-0890 JVS (ANx) |
| | (Assigned to the Hon. James V. Selna, Courtroom 10C) |
| Plaintiff, | |
| vs. | **JUDGMENT ON ORDER RE: MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT DEBBIE GALLEGO** |
| J. CHAVEZ (individual capacity), DEBBIE GALLEGO (individual capacity), JOSEPH HERNANDEZ (individual capacity), ANTONIO RAMIREZ (individual capacity), JOSE RAMIREZ (individual capacity), COUNTY OF LOS ANGELES, DOES 1 -10, inclusive, | **Complaint Filed: June 11, 2013** |
| | **Trial Date:  Vacated** |
| Defendants. | |

27     //
28     //

-1-

1  The Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment filed by Defendant Sergeant Debbie Gallego pursuant to Fed. R. Civ. Pro. 56 against Plaintiffs, Elizabeth Chavira, M.R. and C.R., Complaint for Violation of 42 U.S.C. § 1983 and Negligence Per Se came on for hearing before this Court, in Courtroom 10C, located on the 10th floor of the United States Central District Court of California located at 411 W. 4th Street, Santa Ana, California, the Honorable James V. Selna, Judge presiding.

Upon the evidence being submitted and fully considered and a decision having being duly rendered, the following ORDERS were made:

IT IS ORDERED AND ADJUDGED that Defendant Debbie Gallego's Motion for Summary Judgment is GRANTED. [Doc. 232]. As such, all causes of action asserted by Plaintiffs against Defendant Debbie Gallego are dismissed with prejudice and as the prevailing party, Defendant Debbie Gallego is entitled to reasonable costs incurred to defend this action pursuant to Fed. R. Civ. Pro. 54(d) and Local Rule 54.

**This Order does not constitute a certification under Rule 54(b) of the Federal Rules of Civil Procedure.**

Dated: September 18, 2015

By: _____
HON. JAMES V. SELNA