Tomas A. Guterres, Esq. (State Bar No. 152729)
Christie B. Swiss, Esq. (State Bar No. 245151)
**COLLINS COLLINS MUIR + STEWART LLP**
1100 El Centro Street
South Pasadena, CA  91030
(626) 243-1100 – FAX (626) 243-1111
Email:  tguterres@ccmslaw.com
Email:  cswiss@ccmslaw.com

Attorneys for Defendants, COUNTY OF LOS ANGELES and DEPUTY JOSEPH HERNANDEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CHAVIRA, on behalf of herself and her two minor daughters, C.R. and M.R., as their guardian ad litem, <br><br>    Plaintiff, <br>    vs. <br><br> J CHAVEZ (individual capacity), DEBBIE GALLEGOS (individual capacity), JOSEPH HERNANDEZ (individual capacity), ANTONIO RAMIREZ (individual capacity), JOSE RAMIREZ (individual capacity), COUNTY OF LOS ANGELES, DOES 1 - 10, inclusive, <br><br>    Defendants. | CASE NO. 8:13-CV-00890 JVS (ANx) <br><br> *[Assigned to the Hon. James V. Selna, Courtroom 10C]* <br><br> **JUDGMENT RE: MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS JOSEPH HERNANDEZ AND THE COUNTY OF LOS ANGELES** <br><br> **Complaint Filed: June 11, 2013** <br><br> **Trial Date: Vacated** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Defendants Deputy Joseph Hernandez and the County of Los Angeles filed a Motion for Summary Judgment pursuant to Fed. R. Civ. Pro. 56 against Plaintiffs

18788

1

**PROPOSED JUDGMENT RE: HERNANDEZ AND COUNTY'S MSJ**

Elizabeth Chavira and her minor daughters, M.R. and C.R. This motion came on for hearing before this Court, in Courtroom 10C on the 10th Floor of the United States Central District Court of California located at 411 W. 4th Street, Santa Ana, California, the Honorable James V. Selna, Judge presiding.

After considering the moving, opposing, and reply papers, and all other matters presented to and accepted by the Court, and having ruled to grant both Hernandez and County's Motion for Summary Judgment [Doc. No. 232],

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Summary Judgment be entered in favor of Defendants County of Los Angeles and Deputy Joseph Hernandez. As such all causes of action asserted by Plaintiffs against Defendants Deputy Joseph Hernandez and the County of Los Angeles are dismissed with prejudice. As the prevailing parties, Defendants Deputy Hernandez and the County of Los Angeles are entitled to reasonable costs incurred defending this action pursuant to Fed. R. Civ. Pro. 54(d) and Local Rule 54.

**This Order does not constitute a certification under Rule 54(b) of the Federal Rules of Civil Procedure.**

DATED: September 18, 2015

_____
The Honorable James V. Selna
UNITED STATES DISTRICT JUDGE

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

18788

2

**PROPOSED JUDGMENT RE: HERNANDEZ AND COUNTY'S MSJ**