JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CHAVIRA, on behalf of herself and her two minor daughters, C.R. and M. R., as their guardian ad litem,<br><br>   Plaintiff,<br><br>   v.<br><br>J. CHAVEZ, et al.,<br><br>   Defendants. | CASE NO. SACV-13-0890 JVS<br><br>ON SPECIAL JURY VERDICT AND STIPULATED JUDGMENT FOR COSTS<br><br>DATE: TRIAL: JANUARY 12- 14, 2016<br>COURTROOM: 10C - assigned for all purposes to Judge James V. Selna<br><br>COMPLAINT FILED: JUNE 13, 2013 |

This action came on regularly for trial as to DEFENDANT ANTONIO RAMIREZ on the Fifth Cause of Action for Domestic Violence of the Second Amended Complaint on January 12, 13, and 14, 2016, in Department 10C of the above-entitled Court, located in Santa Ana, California, the Honorable S. James Selna , Judge Presiding. Plaintiff Elizabeth Chavira appeared by Attorney Patricia J. Barry, (SBN 59116), 634 S. Spring St ., Ste 823, Los Angeles, CA 90014; Tele 213.995.0734; Fax 213.995.0735; joanbarrylegal@yahoo.com. Defendant appeared by Attorney Richard Fannan, (SBN 76364), 2018 Alpha Street, South

Pasadena, CA 91030, Tele (323) 340-8957;  Fax (323) 340-1905; Email: richard@fannanlaw.com.

  A jury of eight (8) persons was regularly impaneled and sworn /acknowledged and agreed to try the cause. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a special verdict on special issues. The jury deliberated and after, returned to court with its special verdicts on special issues submitted to the jury and the answers given thereto by the jury, which verdicts were in words and figures as follows:

## VERDICT:

We, the jury in the above-entitled case, find unanimously as follows:

1. Did the defendant ANTONIO RAMIREZ engage in domestic violence against Plaintiff ELIZABETH CHAVIRA?  Place an "x" next to the answer.

    X YES

2. What are the damages Defendant caused Plaintiff as a result of the domestic violence?

    $175,000.00.

3. Did Plaintiff prove by clear and convincing evidence that Defendant engaged in the domestic violence against Plaintiff with malice or oppression?

    X YES

Signed by [] FOREPERSON, JANUARY 14, 2016

## VERDICT ON PUNITIVE DAMAGES

We, the jury in the above-entitled case, find unanimously as follows:

Plaintiff Elizabeth Chavira is entitled to punitive damages in the amount of: $10,000.00.

Signed by [], FOREPERSON, JANUARY 14, 2016

1    It appearing by reason of said verdicts that PLAINTIFF ELIZABETH
2 CHAVIRA is entitled to judgment against DEFENDANT ANTONIO RAMIREZ.
3    IT IS ORDERED, ADJUDGED, AND DECREED that PLAINTIFF
4 ELIZABETH CHAVIRA have and recover from DEFENDANT ANTONIO
5 RAMIREZ damages in the amount of $175,000.00 and punitive damages in the
6 amount of $10,000.00 with interest thereon from the date of this Judgment until
7 paid.
8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that
9 pursuant to the stipulation of counsel for the plaintiff and defendant that
10 PLAINTIFF ELIZABETH CHAVIRA also have and recover from DEFENDANT
11 ANTONIO RAMIREZ the amount of _____ costs of suit with interest thereon from
12 the date of this Judgment until paid, as determined by the Clerk.

16 DATED: JANUARY 29, 2016

_____
HONORABLE JAMES V. SELNA,
U. S. DISTRICT JUDGE