1  SEKI, NISHIMURA & WATASE, LLP
2  GILBERT M. NISHIMURA (SBN 57905)
   gnishimura@snw-law.com
3  KARI C. KADOMATSU (SBN 270036)
   kkadomatsu@snw-law.com
4  600 Wilshire Blvd., Suite 1250
5  Los Angeles, California 90017
   Telephone:   (213) 481-2869
6  Facsimile:    (213) 481-2871
7
8  Attorneys for Defendant DEBBIE GALLEGO

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12

13  ELIZABETH CHAVIRA, on behalf of      Case No.:  SACV13-0890 JVS (ANx)
    herself and her two minor daughters,
14  C.R. and M.R., as their guardian ad   (Assigned to the Hon. James V. Selna,
    litem,                                Courtroom 10C)
15
16              Plaintiff,                **AMENDED JUDGMENT ON
                                          ORDER RE: MOTION FOR
17        vs.                             SUMMARY JUDGMENT FILED
                                          BY DEFENDANT DEBBIE
18                                        GALLEGO**
    J. CHAVEZ (individual capacity),
19  DEBBIE GALLEGO (individual            **Complaint Filed: June 11, 2013**
20  capacity), JOSEPH HERNANDEZ
    (individual capacity), ANTONIO
21  RAMIREZ (individual capacity), JOSE
    RAMIREZ (individual capacity),
22  COUNTY OF LOS ANGELES, DOES
23  1 -10, inclusive,
24
                Defendants.
25

26

27        //

28        //

The Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment filed by Defendant Sergeant Debbie Gallego pursuant to Fed. R. Civ. Pro. 56 against Plaintiffs, Elizabeth Chavira, M.R. and C.R., Complaint for Violation of 42 U.S.C. § 1983 and Negligence Per Se came on for hearing before this Court, in Courtroom 10C, located on the 10th floor of the United States Central District Court of California located at 411 W. 4th Street, Santa Ana, California, the Honorable James V. Selna, Judge presiding.

Upon the evidence being submitted and fully considered and a decision having being duly rendered, the following ORDERS were made:

IT IS ORDERED AND ADJUDGED that Defendant Debbie Gallego's Motion for Summary Judgment is GRANTED.  [Doc. 232].  As such, all causes of action asserted by Plaintiffs against Defendant Debbie Gallego were dismissed with prejudice and as the prevailing party, Defendant Debbie Gallego is entitled to reasonable costs incurred to defend this action pursuant to Fed. R. Civ. Pro. 54(d) and Local Rule 54.

IT IS ALSO ORDERED that Defendant Debbie Gallego be awarded an amount of $1,961.50 for sanctions awarded in her favor during the course of litigating this matter.  On July 17, 2015, Plaintiff Elizabeth Chavira, jointly and severally, with her counsel of record, were ordered to pay Defendants sanctions for her failure to appear at a Court ordered deposition and reasonable costs incurred to pursue the Motion to Compel.  As of the date of this Order, Plaintiff Elizabeth Chavira and her counsel have failed to comply with their obligations and have not submitted payment.

Dated: March 15, 2016

By: _____
        HON. JAMES V. SELNA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28