# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CHAVIRA, on behalf of herself and her two minor daughters, C.R. and M. R., as their guardian ad litem,<br><br>    Plaintiff,<br><br>v.<br><br>J. CHAVEZ, et al.,<br><br>    Defendants. | CASE NO. SACV 13-0890-JVS-(ANx)<br><br>JUDGMENT IN FAVOR OF DEFENDANT ANTONIO RAMIREZ BASED ON ORDER OF PARTIAL SUMMARY JUDGMENT AS TO FIRST, THIRD, SIXTH, AND SEVENTH CAUSES OF ACTION OF SECOND AMENDED COMPLAINT<br><br>COURTROOM: 10C - assigned for all purposes to Judge James V. Selna<br><br>COMPLAINT FILED: JUNE 13, 2013 |

1        On September 1, 2015, the Court granted Defendant Antonio Ramirez's Motion for Partial Summary Judgment as to the First, Third, Sixth, and Seventh Causes of Action of the Second Amended Complaint. Docket No. 122.

        In accordance with this Court's September 1, 2015 order granting defendant's motion for partial summary judgment (Docket No. 232), IT IS HEREBY ORDERED THAT JUDGMENT be entered in favor of Defendant Antonio Ramirez on the First, Third, Sixth, and Seventh Causes of Action of the Second Amended Complaint. Defendant Antonio Ramirez is entitled to costs of suit.

Dated: July 20, 2016                _____
                                              James V. Selna,
                                              U.S. District Judge