UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CHAVIRA, on behalf of herself and her two minor daughters, C.R. and M. R., as their guardian ad litem,<br><br>    Plaintiff,<br><br>v.<br><br>J. CHAVEZ, et al.,<br><br>    Defendants. | CASE NO. SACV-13-0890-JVS-(ANx)<br><br>JUDGMENT IN FAVOR OF DEFENDANT JOSE RAMIREZ<br><br>COURTROOM: 10C - assigned for all purposes to Judge James V. Selna<br><br>COMPLAINT FILED: JUNE 13, 2013 |

    On April 21, 2014, the Court granted Defendant Jose Ramirez's Motion to Dismiss Second Amended Complaint. Docket No. 32.

    In accordance with this Court's April 21, 2014 "Order re Motion to Dismiss SAC" (Docket No. 53), IT IS HEREBY ORDERED THAT JUDGMENT be entered in favor of Defendant Jose Ramirez and he is entitled to costs of suit.

Dated: July 20, 2016

                                                James V. Selna,<br>                                                U.S. District Judge